■ RAYMOND RUSSO et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 96902.) [738 NYS2d 641] —Appeal from a judgment of the Court of Claims (Patti, J.), entered May 14, 2001, in favor of defendant after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims, Patti, J. Present—Pigott, Jr., P.J., Pine, Scudder, Burns and Gorski, JJ.